# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE CAVANAUGH,<br><br>                  Plaintiff,<br><br>     v.<br><br>FANATICS, LLC,<br><br>                  Defendant. | Case No.  1:22-cv-01085-JLT-SAB<br><br>ORDER RE: STIPULATED MOTION TO STAY DEADLINE TO FILE ANSWER PENDING RESOLUTION OF MOTION TO COMPEL ARBITRATION<br><br>(ECF No. 5) |

Plaintiff filed this putative class action in the Superior Court of California for the County of Fresno on May 6, 2022.  (ECF No. 1-3.)  A first amended complaint was filed in the state court on June 20, 2022.  (ECF No. 1-1.)  On August 25, 2022, Defendant removed the action to federal court.  (ECF No. 1.)  The initial scheduling conference is currently set for November 1, 2022.  (See ECF No. 2.)

On August 26, 2022, the parties filed a stipulation pursuant to Local Rule 144 extending the deadline for Defendant to file an answer to the first amended complaint from September 1, 2022 to September 29, 2022.  (ECF No. 4.)  That same day, the parties also filed a stipulation staying defendant's response to first amended complaint pending resolution of motion to compel arbitration, which the Court construes as a stipulated motion to stay.  (ECF No. 5.)  The parties proffer Defendant anticipates it will file a motion to compel arbitration by September 29, 2022, the current deadline to file an answer to the first amended complaint.  They seek to further stay

Defendant's deadline to file an answer, pending resolution of the to-be-filed motion to compel arbitration, until twenty-one days after any order on the anticipated motion.

The Court, however, does not find good cause exists to grant this stipulated motion at this time. Though styled as a motion to stay Defendant's response to the first amended complaint, the parties are essentially seeking to stay all litigation until an unknown date after the Court rules on a motion which has not yet been filed, but merely "anticipated" to be filed by September 29, 2022, the extended response deadline. The Court thus finds the parties' stipulated motion to stay is premature and shall deny it on this basis. However, the denial shall be without prejudice to refiling once any motion to compel arbitration has been filed.

Accordingly, IT IS HEREBY ORDERED that the parties' stipulated motion to stay Defendant's answer to the first amended complaint (ECF No. 5) is DENIED, without prejudice to refiling after or concurrently with the filing of any motion to compel arbitration.

IT IS SO ORDERED.

Dated:   **August 29, 2022**

_____
UNITED STATES MAGISTRATE JUDGE