Robert J. Herrington (SBN CA 234417)
herringtonr@gtlaw.com
Adil M. Khan (SBN CA 254039)
khanad@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800

Attorneys for Defendant, Fanatics, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAKE CAVANAUGH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FANATICS, LLC,<br><br>Defendant. | CASE NO. 1:22-cv-01085-JLT-SAB<br><br>**DECLARATION OF STEPHANIE FLINCHBAUGH IN SUPPORT OF DEFENDANT FANATICS, LLC'S MOTION TO COMPEL ARBITRATION**<br><br>Notice of Motion and Motion, and Proposed Order filed concurrently<br><br>Hearing Date: November 8, 2022<br>Hearing Time: 9:00 a.m.<br>Courtroom: 4<br><br>Judge: Judge Jennifer L. Thurston<br>Trial Date: TBD |

I, Stephanie Flinchbaugh, declare the following:

1. I am over the age of 18. Except as to matters stated on information and belief, I have personal knowledge of the facts below and, if called as a witness, I could and would testify competently under oath about such facts. I submit this Declaration in support of Defendant Fanatics, LLC's Motion to Compel Arbitration and Stay Action.

2. I am Senior Director, Site Experience with responsibilities for websites owned or operated by Fanatics, LLC or certain of its affiliate entities (collectively referred to as "Fanatics"). I joined the Fanatics organization in May 2006. In my current role as Senior Director, Site Experience, I am responsible for website operations and have access to documents and data maintained by the Fanatics organization regarding purchases made on the websites located at www.fanatics.com and its corresponding mobile version and smartphone applications (collectively, the "Website"). Based on my work responsibilities, I also know about the process by which a customer purchases an item or creates an account on the Website, and the terms of use applicable to purchases and account creations.

3. I make this declaration based on (a) my personal knowledge of the information and records available to me as they are kept in the ordinary course of business, (b) information obtained from other employees on whom I rely in the ordinary course of business, and (c) my knowledge of the business practices of the Fanatics organization. As Senior Director, Site Experience, I am familiar with the user documents and records attached to this declaration.

## I. <u>Plaintiff Jake Cavanaugh's Purchases and Account Creation</u>

4. Plaintiff's First Amended Complaint identifies one online purchase on the Website on September 24, 2021. Fanatics' records reflect that an individual with Plaintiff's name, as well as a billing address and a shipping address in his home county and state (as alleged in the First Amended Complaint), made at least five additional purchases on the Website between September 16, 2021, and about September 21, 2022 ("Purchase Period"). Fanatics' records also show that an individual with Plaintiff's name and email address created a Fanatics account on the Website on June 6, 2019. In the paragraphs below, I describe the checkout process, account creation process, and the Terms of Use ("TOU") in place on the Website during the Purchase Period and when Plaintiff created his Fanatics account.

5. Fanatics contemporaneously records purchases and account creations on the Website in the ordinary course of business operations. These transactions are recorded in databases maintained in the ordinary course of Fanatics' business and that Fanatics uses to operate its business. As part of my employment and job responsibilities, I am familiar with and have access to the databases and files related to purchases and account creation on the Website. I consulted purchase records and communicated with colleagues to identify purchases made on the Website during the Purchase Period by Plaintiff.

6. Based on this search, I determined that Plaintiff made at least the following purchases and created a Fanatics account as follows:

| Last Name | Date | Action | Platform | FanCash Discount |
|---|---|---|---|---|
| Cavanaugh | 6/6/2019 | Fanatics Account Creation | Fanatics.com | n/a |
| Cavanaugh | 9/16/2021 | Purchase | Fanatics.com (mobile website) | yes |
| Cavanaugh | 9/24/2021 | Purchase | Fanatics.com (desktop) | yes |
| Cavanaugh | 2/27/2022 | Purchase | Fanatics.com (mobile website) | no |
| Cavanaugh | 3/1/2022 | Purchase | Fanatics.com (mobile website) | yes |
| Cavanaugh | 3/15/2022 | Purchase | Fanatics.com (mobile app) | yes |
| Cavanaugh | 4/26/2022 | Purchase | Fanatics.com (mobile app) | yes |

7. "FanCash" is an optional loyalty discount program offered to Fanatics customers who create and maintain a customer account. Under this program, customers who make purchases can automatically earn 3% FanCash credit for eligible purchases, and their FanCash balance can be applied as a discount on future purchases. The terms and conditions governing FanCash accounts, benefits, and requirements are

set forth in Section 5 of the TOU. After consulting Fanatics' records, I determined that Plaintiff had a FanCash account, received FanCash discounts, and used those FanCash discounts for his purchases on September 16, 2021; September 24, 2021; March 1, 2022; March 15, 2022; and April 26, 2022.

## II. Checkout Process

8. To complete a purchase on the Website, customers had to follow a four-step process. The four-step checkout process described below was substantially the same on the Website throughout the Purchase Period, including when Plaintiff made the purchases identified above. Plaintiff could not have completed the above purchases unless he followed this process. True and correct screenshots depicting the four-step process are attached as **Exhibit 1**.

9. First, for each purchase made on the Website, Plaintiff was required to place his items in the virtual shopping cart and click "Checkout." (Ex. 1 at 1 (Fanatics checkout screen).) Second, Plaintiff was required to enter his shipping information and click "Continue Checkout." (Ex. 1 at 2 (Fanatics shipping screen).) On this screen, Plaintiff also had the option to log in with an existing Fanatics account or create a new account. Third, Plaintiff was required to enter his payment information. (Ex. 1 at 3 (Fanatics payment screen).)

10. Fourth, for each of the purchases listed above, Plaintiff was required to click the button titled "Complete Order" to finalize his purchase. (Ex. 1 at 3-4 (Fanatics checkout and "Complete Order" button).)

11. As shown in the screenshots below, Plaintiff was notified that "[b]y placing an order, you agree to our Terms of Use & Privacy Policy." This language appeared immediately below the "Complete Order" button. (Ex. 1 at 4.)

/ / /




12. Throughout the Purchase Period, the words "Terms of Use" appeared in a color-contrasting blue font, underlined, and hyperlinked, so a customer could click "Terms of Use" to view the full text of the TOU.

13. The "Complete Order" button as depicted above with the notice of, and hyperlink to, the TOU was in place on the Website when Plaintiff made the purchases identified above.[1]

14. In the first half of 2022, the "Complete Order" button was renamed the "Place Order" button. The text immediately below the "Place Order" button remains the same, as reflected below.




[1] On the mobile version of the Website, there are two "Complete Order" buttons. The first "Complete Order" button has the text directly below it that reads, "[b]y placing an order, you agree to our Terms of Use . . . ." The phrase "Terms of Use" appears in a color-contrasting blue font, underlined, and hyperlinked and, when clicked, takes the customer to the applicable TOU. Through my investigation, I confirmed that each of Plaintiff's mobile purchases identified above was completed by clicking the first "Complete Order" button.

15. During the Purchase Period, the Terms of Use for the Website were also accessible to any user browsing any page of the Website through a hyperlink that appeared at the bottom of every page.

**III. Fanatics.com Account Creation Process**

16. Customers can register for a Fanatics account on the Website. To create a Fanatics account, a customer must provide their name, email address, and a password. The customer must then click the "Create An Account" button, as reflected in the following screenshot:




17. Directly under the "Create An Account" button, is a notice informing customers that, "[b]y signing up, you agree to our Terms of Use & Privacy Policy." The words "Terms of Use" are underlined and hyperlinked, so they would have opened to the full text of the TOU if Plaintiff clicked the link when he created his account.

18. This account creation page and the "Create An Account" button have appeared as depicted above on the Website since at least February 2017 and when Plaintiff created his account.

19. To create his Fanatics account, Plaintiff was required to click the "Create An Account" button depicted above. At the time he created his account, the following text appeared immediately below the "Create An Account" button: "[b]y signing up, you agree to our Terms of Use & Privacy Policy."

**IV. The Terms of the Applicable TOU**

20. **Exhibit 2** is a true and correct copy of the TOU for the Website in effect as of the date of my declaration. These TOU were last updated on August 11, 2021.

21. Before the August 2021 version, the TOU were last updated as of September 4, 2018, and that prior version would have been in effect when Plaintiff created his Fanatics account in June 2019. **Exhibit 3** is a true and correct copy of the version of the TOU in effect as of September 4, 2018.[2]

22. The September 2018 and August 2021 versions of the TOU begin with a notice that the terms contain an arbitration provision. This is reflected in the following text that appears in all capital letters:

> NOTICE REGARDING DISPUTE RESOLUTION. . . . SECTION 22 CONTAINS AN ARBITRATION AGREEMENT AND WAIVER OF CLASS ACTION WHICH STATES THAT WE MUST ARBITRATE INSTEAD OF GOING TO A COURT BEFORE A JUDGE AND JURY AND THAT ALL SUCH ARBITRATION CLAIMS MUST BE BROUGHT IN YOUR INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS REPRESENTATIVE OR MEMBER OR OTHERWISE ON BEHALF OF OTHERS IN ANY PURPORTED CLASS, COLLECTIVE OR REPRESENTATIVE PROCEEDING.

(Ex. 2 at 1; Ex. 3 at 1.)

23. The September 2018 and August 2021 versions of the TOU contain the following arbitration provision at Section 22, which reads in part:

> **PLEASE READ THIS SECTION CAREFULLY. IT MAY SIGNIFICANTLY AFFECT YOUR LEGAL RIGHTS, INCLUDING YOUR RIGHT TO FILE v A LAWSUIT IN COURT. Use or accessing the Properties or Offers constitutes your acceptance of this Arbitration provision**.
>
> As a condition of using the Properties, you and we agree that any and all disputes, claims and causes of action (collectively, "Claims") arising out of or connected with the Properties (except for small claims court Claims, if applicable) shall be resolved exclusively by binding arbitration under the rules of the American Arbitration Association ("AAA"), including the Supplementary Procedures for Consumer-Related Disputes, for full and final settlement of such Claim applying the Federal Arbitration Act and other federal arbitration laws. YOU UNDERSTAND AND AGREE THAT YOU ARE WAIVING YOUR RIGHT TO SUE OR

[2] Because I was unable to locate a copy of the September 2018 version of the TOU in Fanatics' business records, the copy attached as Exhibit 3 was obtained from the Wayback Machine as of September 8, 2018. I have reviewed the document carefully and, based on the personal knowledge I have acquired through fulfilling my job duties over the past several years, I recognize this as an accurate copy of the TOU in place at that time.

> GO TO COURT TO ASSERT OR DEFEND YOUR RIGHTS UNDER THIS CONTRACT. YOU AND WE ALSO AGREE THAT (A) ANY CLAIMS WILL BE RESOLVED INDIVIDUALLY NOT AS A PLAINTIFF OR CLASS REPRESENTATIVE, MEMBER OF OTHERWISE ON BEHALF OF OTHERS IN ANY PURPOSED CLASS, COLLECTIVE, OR REPRESENTATIVE PROCEEDING AND NOT THROUGH ANY CLASS ACTION, (B) IF A CLAIM PROCEEDS IN COURT ANYWAY, WE BOTH WAIVE ANY RIGHT TO A JURY TRIAL; AND (C) EITHER YOU OR WE MAY SEEK A COURT INJUNCTION REGARDING INTELLECTUAL PROPERTY INFRINGEMENT. ARBITRATION DOES NOT INVOLVE A JUDGE OR JURY. Although court review of an arbitration award may be limited, an arbitrator is empowered to award the same damages and relief as a court, including injunctive relief or statutory damages. . . .

(Ex. 2 at 8; Ex. 3 at 5.)

24. The September 2018 and August 2021 versions of the TOU define "We," "Us," and "Our" as Fanatics, Inc. (a predecessor to Defendant Fanatics, LLC) and/or its affiliates, and they define the "Properties" as www.fanatics.com, including the desktop and mobile websites and the Fanatics mobile application. (Ex. 2 at 1; Ex. 3 at 1.)

25. As shown above and in the attached Exhibits, the TOU contained an arbitration provision throughout the Purchase Period and when Plaintiff created his Fanatics account. The substance of the arbitration provision has not changed since at least September 4, 2018. (*Compare* Ex. 3 (September 2018 TOU), *with* Ex. 2 (current TOU).)

26. Since at least September 4, 2018, the TOU also contained a Delaware choice-of-law provision and a forum selection clause identifying courts in Delaware and the United States District Court of Delaware as the exclusive forums for any disputes that are not subject to arbitration. (Ex. 2 at 9; Ex. 3 at 5.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed at Jacksonville, Florida, on this 28th day of September 2022.

Stephanie A Flinchbaugh

Stephanie Flinchbaugh

# EXHIBIT 1

Fanatics
OFFICIAL PARTNER

Search

365-Day Returns ›
FanCash Offers See Weekly Deals ›
Join the team! FanCash Rewards Card

NFL | COLLEGE | MLB | NBA | NHL | NASCAR | SOCCER | GOLF | GAMING | MORE | SALE | PLAYERS

DEAL ENDS SOON! 48 HOURS ONLY! FREE U.S. SHIPPING ON ORDERS OVER $49 USE CODE: 49SHIP

## Your Items



Eli Manning New York Giants Nike Youth Game Jersey - White

$74.99

Ships Free | Ready To Ship

Size: Yth L

Quantity: 1

This item will ship within 1 business day.

365-Day Returns
*Some Exclusions Apply

Have a Coupon?

Coupon (Limit 1): 49SHIP

Apply

GET FREE SHIPPING on your order!
Use Code: 49SHIP

Cart Total $74.99

Checkout

or checkout with

PayPal Checkout

G Pay

FanCash Rewards Card

Earn $25 FanCash Bonus after your first purchase*
+ Promo Financing Available^
Learn How.

CONTINUE SHOPPING

Fanatics

CART: $74.99 | 365 DAY RETURNS FANCASH SEE WEEKLY DEALS

DEAL ENDS SOON! 48 HOURS ONLY! FREE U.S. SHIPPING ON ORDERS OVER $49 USE CODE: 49SHIP

Secure Checkout

PayPal Checkout

Already have an account?
LOG IN or REGISTER

Shipping Address

First Name*

Last Name*

Email*

Phone*

Address 1*

Address 2 (Apt, Unit, Ste, Etc)

Country / Region
United States

Zipcode*

City*

State*

Continue Checkout

**Almost There!**

Review your order before it's final

Fanatics

CART: $74.99 | 365 DAY RETURNS FANCASH SEE WEEKLY DEALS

DEAL ENDS SOON! 48 HOURS ONLY! FREE U.S. SHIPPING ON ORDERS OVER $49 USE CODE: 49SHIP

## Secure Checkout

### Shipping Address

Sample Customer
1701 Market St
Philadelphia, PA 19103-2901 US

EDIT

### Shipping

Standard: 3-7 Business Days ($4.99)

### Payment

- PayPal PayPal
- Google Pay G Pay
- Venmo V
- FanCash Rewards Credit Card
  Learn More.
- Zip - Pay In 4 Installments. zip
- Credit Card VISA

Card Number*

Expiration Month*

Expiration Year*

Security Code*

### Billing Address

☑ Same as shipping address

Place Order

By placing an order, you agree to our Terms of Use & Privacy Policy.

**SHOPRUNNER** offers free 2-day shipping & free returns on items in your cart ($59 minimum)
learn more | sign in

### Have a Coupon?

Coupon (Limit 1)
49SHIP

Apply

### Apply Gift Card Number

GET FREE SHIPPING on your order! Use Code: 49SHIP

| | |
|---|---|
| Subtotal | $74.99 |
| Standard: 3-7 Business Days | $4.99 |
| Handling | $1.99 |
| Tax | $0.56 |
| **Total** Includes shipping & handling | **$82.53** |
| FanCash earned | $2.25 |

### Items (1)



Eli Manning New York Giants Nike Youth Game Jersey - White

$74.99

SIZE YTH L QUANTITY 1

This item will ship within 1 business day.


Complete Order
By placing an order, you agree to our Terms of Use & Privacy Policy.

# EXHIBIT 2

SIGN UP & SAVE! FanAuctions FanCash Learn More

Fanatics
OFFICIAL PARTNER

Search

NFL COLLEGE MLB NBA NHL NASCAR SOCCER GOLF GAMING MORE SALE PLAYERS

How can we help you?

Search for Answers

Back to Home

# Terms and Conditions

## Terms of Use

**These Terms of Use are effective as of, and were last updated on, August 11, 2021**

**August 11, 2021:** Updated to provide information about our mobile messaging program.

**July 2021**: Updated to add text message program terms and to clarify unsolicited submission process.

**ACCESSIBILITY** -- IF YOU ARE HAVING ANY TROUBLE ACCESSING THIS TERMS OF USE AGREEMENT OR THE PROPERTIES, PLEASE CONTACT FAN SERVICES TOLL FREE AT **1-877-833-7397**, 24 HOURS A DAY, 7 DAYS A WEEK (OR **1-904-685-7583** OUTSIDE THE UNITED STATES) OR VIA OUR CONTACT US PAGE.

NOTICE REGARDING DISPUTE RESOLUTION. THESE TERMS CONTAIN TERMS THAT GOVERN HOW CLAIMS BETWEEN YOU AND US RELATING TO YOUR USE OF THE ONLINE STORE WILL BE RESOLVED FOR EXAMPLE, SECTION 22 CONTAINS AN ARBITRATION AGREEMENT AND WAIVER OF CLASS ACTION WHICH STATES THAT WE MUST ARBITRATE INSTEAD OF GOING TO A COURT BEFORE A JUDGE AND JURY AND THAT ALL SUCH ARBITRATION CLAIMS MUST BE BROUGHT IN YOUR INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS REPRESENTATIVE OR MEMBER OR OTHERWISE ON BEHALF OF OTHERS IN ANY PURPORTED CLASS, COLLECTIVE OR REPRESENTATIVE PROCEEDING.

**Warranty Disclaimers and liability limitations.** While there are significant points throughout these Terms, please note Section 17 and 18 contain important limitations on our liability.

Welcome to Fanatics. The following terms of use (the "Terms of Use") contain the terms and conditions applicable to you and your access to and use of this website, www.fanatics.com, including the mobile version (collectively, the "Website"), and our mobile application (the "App"), if applicable, in each case regardless of how accessed (collectively, the Website and the App are referred to as the "Properties"). The Properties are owned and operated by Fanatics, Inc., a Delaware corporation, and/or its affiliates ("Fanatics," "we", "us", "our"). Your use of the Properties (and any other feature, content or application offered by the

Properties) is at all times subject to these Terms of Use, as the same may be modified by us, and all applicable laws, rules and regulations. Please read these Terms of Use carefully. If you are dissatisfied with these Terms of Use or the Properties or any material on the Properties, your sole and exclusive remedy is to discontinue using the Properties

---

### Table of Contents

1. Acceptance of Terms of Use.
2. Other Sources of Terms and Conditions; Promotions and Coupons
3. Use of the Properties.
4. Unauthorized Use.
5. FanCash.
6. Links to Third Party Sites; Advertisers.
7. Privacy Policy.
8. Products, Content and Specifications.
9. Placing an Order; Limitations; Order Acceptance.
10. Property; Intellectual Property.
11. User-Generated Content.
12. Digital Millennium Copyright Act (DMCA) Notice.
13. No Ideas Accepted.
14. Termination of Access and/or Account.
15. Term.
16. Indemnity.
17. DISCLAIMER OF WARRANTIES.
18. LIMITATION ON LIABILITY.
19. Third Party Transactions.
20. U.S. Export Controls.
21. Governing Law.
22. Arbitration; No Class Action.
23. Messaging Terms & Conditions.
24. Miscellaneous.
25. Contact Information.

---

## 1. Acceptance of Terms of Use.

**BY ACCESSING AND USING THE PROPERTIES, YOU AGREE THAT YOU HAVE READ, UNDERSTAND AND AGREE TO BE LEGALLY BOUND BY THESE TERMS OF USE.** If you do not agree to be bound by these terms of use, you may not access or use the Properties. These Terms of Use may be prospectively changed, modified, or altered by us in our sole discretion at any time without prior notice. If we materially change the Terms of Use, we will notify you through a notice, updated Terms of Use on the Properties or by email (sent to the email address specified in your account, if any), prior to or upon the change(s) becoming effective. Accordingly, when you access or use the Properties, you should check the date of the Terms of Use and be aware of any changes since the last version. Your continued use of the Properties following the posting of any changes to these Terms of Use means that you accept such changes. Your access to and use of the Properties will be governed by the Terms of Use in effect at the time of such access or use.

## 2. Other Sources of Terms and Conditions; Promotions and Coupons.

Certain provisions of the Terms of Use may be superseded by expressly designated legal notices, rules or other terms located on particular pages of the Properties, and, additionally in order to participate in or use certain services, promotions, discounts or coupons that may be run from time to time with respect to the Properties ("Offer(s)"), you may be required to agree to additional or different terms and conditions ("Additional Terms"). Some Offers also may be subject to additional requirements or restrictions imposed by us or participating third parties, such as the vendors or other merchants that issued, sponsored, or are associated with the Offer or the exclusion of merchandise from an Offer

which shall also be part of the Additional Terms. Certain merchandise, shipping methods, costs or membership programs, and/or delivery times may be modified or not available in connection with an Offer. Your redemption of the Offer or use of such pages constitutes your unconditional acceptance of the Additional Terms. If there is an actual conflict between these Terms of Use and any Additional Terms, the Additional Terms shall control and the non-conflicting provisions in these Terms of Use will continue to apply. For the sake of clarity, silence with respect to a particular term in either these Terms of Use or any Additional Terms does not constitute a conflict.

If an Offer does not contain Additional Terms, then only these Terms of Use apply. Under these Terms of Use, unless otherwise prohibited by law, any Offer: (a) is valid only at the Property identified in the Offer and at no other store; (b) applies to in-stock merchandise only and not to gift cards or services; (c) is not valid for cash or cash equivalents; (d) is limited to one Offer per person, household, or address; (e) must be entered at checkout and/or in your account to be redeemed; (f) may not be combined with any other coupons or offers; (g) may only be used once; (h) expires on the later of one year from the date of issue or the date required by applicable law unless cancelled by us as permitted herein, and (i) cannot be reproduced, modified, sold or traded or used to pay any tax, such as sales tax, shipping, handling or any value added service. In addition, some Offers may be in the form of a voucher. If you purchase a voucher with a promotional value beyond the amount paid, you may redeem the voucher for the promotional value until the expiration date, or for the amount paid after the end of the applicable promotional period. We reserve the right to limit, change, or cancel any Offer or associated order, without prior notice, even after you have attempted to redeem the Offer or placed your associated order.

## 3. Use of the Properties.

The content and information posted by us on the Properties may be used only for informational, personal or other purposes authorized by us. By accessing and using the Properties, you represent and warrant that: (a) all information you submit is truthful and accurate; (b) you will maintain the accuracy of such information; (c) you are 18 years of age or older; and (d) your use of the Properties does not violate any applicable law, rule or regulation. While we sell merchandise for children's use, this merchandise is intended for sale only to adults. The Properties are general use sites and not targeted toward children under the age of 16. The Properties are intended for use by residents of the United States or non-residents that agree to use the Properties in accordance with U.S. laws, these Terms of Use and the **Privacy Policy**. If you are located in the European Economic Area ("EU"), please visit our site at **fanatics.co.uk**. By using the Properties, you further represent and warrant that you (i) are located inside the U.S. or (ii) are located outside the EU and agree to be bound by U.S. laws. Use of and access to the Properties is void where prohibited.

## 4. Unauthorized Use.

You may not use the Properties for any unauthorized use or for any illegal or unlawful purpose. Any unauthorized use or violation of these Terms of Use may immediately and automatically terminate your right to use and access the Properties and may subject you to legal liability. Appropriate legal action may be taken for any illegal or unauthorized use of the Properties. We may remove any unauthorized content, links, etc. without notice. Some examples of unauthorized, illegal or unlawful use of the Properties include, but are not limited to:

- Copying, modifying, displaying, performing, distributing, republishing, or retransmitting any content or material (including, by way of example, images and text), in whole or in part, from/on the Properties without our prior written consent;
- Collecting usernames and/or email addresses of users for the purpose of sending unsolicited email;
- Using a framing or similar technique without our prior written permission;
- Creating or maintaining any link from another website to any page on the Properties without our prior written permission;
- Criminal or tortious activity, including fraud, spamming, spimming (spam by instant message), sending of viruses or other harmful files, copyright infringement, patent infringement, or theft of trade secrets;
- Covering or obscuring the banner advertisements on the Properties, if any, via HTML/CSS or any other means;
- Any automated use of any system, such as using scripts to alter content;

- Interfering with, disrupting, or burdening the Properties or the networks, systems or services connected to the Properties;
- Using any automated system or software to extract data from the Properties for commercial purposes (including "screen scraping");
- Attempting to impersonate another user or person at checkout or otherwise;
- Using the account, username, or password of another user or disclosing your password, as applicable, to any third party or permitting any third party to access your account;
- Displaying an advertisement, or accepting payment or anything of value from a third person in exchange for your performing any commercial activity on or through the Properties on behalf of that person, such as placing commercial content on the Properties;
- Using the Properties for any harassing, threatening, libelous, abusive, obscene or privacy-invading purposes;
- Attempting to include any of the following in merchandise that is offered for sale through the Properties and that permits user-added content (e.g., a personalized jersey): (i) images that contain obscene, profane, pornographic or otherwise objectionable content; (ii) images, names or likenesses owned by any third party without such third party's authorization; (iii) any images of a person who has current or remaining collegiate athletic eligibility; or (iv) any images that include the name, image, or likeness of any celebrity, public figure or individual who has not authorized the use of his or her name, image or likeness; or
- Using the Properties in a manner inconsistent with any applicable law, rule or regulation.

## 5. FanCash.

FanCash is a loyalty discount redeemable only toward future purchases on the Properties or, at our discretion, certain other websites operated by us or one of our affiliates. When you make a purchase, no additional consideration is required from you to obtain FanCash but in order to obtain FanCash, you must create and maintain a customer account registered with a valid email address and check out while logged into that account on one of the websites, which is then offering FanCash. To earn and redeem FanCash you must create and maintain a customer account registered with a valid email address and check out while logged into that account on one of our websites which is then offering FanCash. If you check out as a guest, you will not earn or be able to redeem FanCash even if you have an account. Registered users logged into their accounts at checkout will automatically earn 3% FanCash on all eligible merchandise purchases and have any existing balance applied as a discount on their eligible merchandise purchase. All merchandise (including sale and promotional items) is eligible for earning FanCash, excluding gift cards. If you return merchandise for which you earned FanCash, that FanCash will be deducted from your FanCash balance. When you login to your account, you may view your FanCash balance (which will be applied automatically toward the next purchase) and you will also be able to see which websites are currently offering FanCash. Unless required by law, FanCash is not redeemable for cash, and cannot be transferred, sold or distributed to others and cannot be applied to shipping, expenses or sales taxes. You will receive periodic emails about your FanCash balances and program news or promotions. FanCash expires as follows: FanCash expires at 11:59 PM EST 12/31 of the year in which it was earned, unless otherwise specified at the time of earning. We reserve the right to discontinue FanCash or modify the terms applicable to FanCash at any time. FanCash is a registered trademark of Fanatics.

## 6. Links to Third Party Sites; Advertisers.

The Properties may provide you with links or other access to other websites, services, products or content of third parties, including the Other Platforms, as defined in Section 11 below ("Third Party Sites"). We have no control over, and do not necessarily endorse, any Third Party Site's services, products or content. You acknowledge and agree that you access such Third Party Sites at your own risk and are wholly responsible for making your own independent judgment regarding your use or interaction with the same. We recommend that you read the terms of use and privacy policies of each Third-Party Site that you access.

## 7. Privacy Policy.

You agree to our collection, use and sharing of your information, including personal information, as set forth in our Privacy Policy ("Privacy Policy"). All provisions of the Privacy Policy are incorporated by reference herein.

## 8. Products, Content and Specifications.

The inclusion of any products or services on the Properties does not imply or warrant that these products or services will be available at any particular time or that the listed attributes are accurate or complete. The actual color of products you see will depend in part on your computer system, and we cannot guarantee any color or texture or detail of actual products will be accurate. We do not endorse and have not verified the accuracy or reliability of any opinion or statement made on the Properties by any third party, including but not limited to customers, manufacturers, distributors or suppliers of products and services sold through the Properties, and product packaging and material may contain additional or different information. Always read labels, warnings, directions or other materials provided with the product before using. In addition, we may make changes to information about price, availability or other product attributes without notice. In the event a product is listed at an incorrect price due to typographical error or error in pricing or other information, we will have the right to cancel orders of any such product, whether or not the order has been confirmed and/or your credit card or other payment method has been charged. If your credit card has already been charged for the purchase and your order is cancelled, we will refund any such charges within a commercially reasonable period of time after cancellation (the time it takes for your financial institution to process the refund may vary and is governed by your agreement with them).

## 9. Placing an Order; Limitations; Order Acceptance.

By placing an order, you agree that the products ordered are legal to possess and use where you intend to possess and use them and will be possessed or used only in a lawful manner, in accordance with all applicable laws, rules and regulations, including copyright law and that you have the right to use any payment method that you provide to use. You may not order products with the intent to resell them.

We reserve the right, without prior notice, to limit the order quantity on any product or service, to refuse service to any customer, or to cancel any order, for any reason including after it is submitted. We also may require additional verifications or other information prior to the acceptance and/or shipment of any order. Your receipt of an order confirmation from us does not signify our acceptance of your order, nor does it constitute confirmation of our offer to sell. We accept your order only upon shipment of the product. With respect to the shipment of products and services sold through the Properties, risk of loss and title for items purchased from the Properties pass to you upon delivery of the items to the carrier. You are responsible for filing any claims with carriers for damaged and/or lost shipments. It also is your responsibility to ascertain and obey all applicable local, state, federal and international laws (including minimum age requirements) in regard to the possession or use of any item purchased from the Properties.

If you complete your purchase and specify shipment to a Canadian or other international address, you agree and acknowledge that you are: (i) authorizing Fanatics to engage a third party carrier on your behalf to manage the shipping and importation of the goods into that location; (ii) authorizing the third party carrier's customs broker to act as your agent to transport your purchases across the border into that location, clear the merchandise with the applicable border control organization (e.g., Canada Border Services Agency), and process all applicable duties, taxes, and fees on your behalf; and (iii) authorizing Fanatics to collect an additional amount at checkout to cover all of the applicable duties, taxes, and brokerage fees to be incurred on your behalf, and to retain any remaining amounts as an additional fee charged by Fanatics to you for arranging for the importation of your order.

## 10. Property; Intellectual Property.

All content of the Properties (including, without limitation, text, graphics, icons, images, clips and software) is protected by copyright, trademark, and other laws. Names, logos, taglines, icons and marks on the Properties are the exclusive property of Fanatics, Inc. and/or one of its affiliates, all rights reserved, and may not be used by you without our prior written permission. Unless otherwise indicated, all other intellectual property appearing on the Properties is the property of its respective owner. We reserve all rights not expressly granted in and to the Properties' content and services.

## 11. User-Generated Content.

Users may be able to post content in certain areas on the Properties or on other websites or platforms that we own or operate, including on social media platforms such as Facebook, Instagram, Twitter and Pinterest ("Other Platforms"). You

are solely responsible for any content (including, without limitation, photos, artwork, videos, text, graphics, and other information) you upload, post, display or otherwise provide to us through the Properties or Other Platforms ("User Content"). Any User Content you post or provide, including any questions, reviews, comments and suggestions, will be treated as non-confidential and non-proprietary. By sharing User Content with us, you grant us a worldwide, royalty-free, perpetual, irrevocable and transferable right to use, copy, reproduce, perform, distribute, display, publish, sell, and create derivative works of, the User Content, and to grant and authorize sub-licensees of the foregoing. Additionally, we shall be free to use any ideas, concepts, know-how or techniques contained in such User Content for any purpose whatsoever, including, without limitation, developing, manufacturing and marketing products and services which incorporate such User Content. You further agree that this means that any User Content may appear on sites other than the Property through which you submitted your User Content including but not limited to Other Platforms. You represent and warrant that: (a) you own the User Content posted by you on the Properties or otherwise have the right to grant the license set forth in this Section 11; (b) your User Content does not violate the privacy rights, publicity rights, intellectual property rights, or any other rights of any person or entity; and (c) the posting of User Content on the Properties does not result in a breach of any contract between you and a third party. You agree that you will not use a false or misleading email address, impersonate another person or entity or otherwise mislead with respect to any User Content. You agree to pay for all royalties, fees and other monies owing to any person by reason of any User Content you post on the Properties. We are under no obligation to screen or monitor User Content but may review User Content from time to time at our sole discretion to review compliance with these Terms of Use. We may reject, refuse to post, edit or remove any User Content at any time without notice, for any or no reason.

## 12. Digital Millennium Copyright Act (DMCA) Notice.

Materials (including User Content) may be made available via the Properties by users and other third parties not within our control. We are under no obligation to, and do not, scan content posted on the Properties for the inclusion of illegal or impermissible content. However, we respect the copyright interests of others. It is our policy not to permit materials known by us to infringe another party's copyright to remain on the Properties.

If you believe any materials on the Properties infringe a copyright, you should provide us with written notice that at a minimum contains:

- A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;
- Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online website are covered by a single notification, a representative list of such works at that website;
- Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit us to locate the material;
- Information reasonably sufficient to permit us to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted;
- A statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

**All DMCA notices should be sent to our designated agent as follows:**

Fanatics Retail Group
8100 Nations Way
Jacksonville, FL 32256
Attn: Paralegal, Legal Department

**OR**

dmcalegal@fanaticsretailgroup.com **with the subject line DMCA**

## 13. No Ideas Accepted.

We do not accept any unsolicited ideas to this Website from outside Fanatics including without limitation suggestions about advertising or promotions, or merchandising of any products, additions to our services, or changes in methods of doing business. We may already be working on or may in the future work on a similar idea. If, notwithstanding this policy,

you submit an unsolicited idea to this Website, you understand and acknowledge that Fanatics has no obligation to acknowledge your submission, such idea is not submitted in confidence and we assume no obligation, expressed or implied, by considering it, and no confidential relationship is established between you and Fanatics. By submitting your idea, you represent that you are authorized to do so, and your submission does not include the confidential information, proprietary know-how, trade secrets, or other intellectual property of any other person or party. Fanatics' use or distribution of your submission will not give rise to any claims against Fanatics or its affiliates. You hereby grant us an irrevocable, perpetual, world-wide license to use the idea and any associated intellectual property in any manner, in any medium now known or hereafter developed, without compensation to you.

## 14. Termination of Access and/or Account.

In addition to any right or remedy that may be available to us under these Terms of Use or under applicable law, we may limit, suspend, or terminate your access to the Website or Other Platforms (including, without limitation, your account registration and your ability to post User Content), at any time, with or without notice, and with or without cause. We also may refer any information on illegal activities, including your identity, to the proper authorities.

## 15. Term.

These Terms of Use shall remain in full force and effect while you use or access the Properties or have an account with the Properties. See our **Privacy Policy** for instructions on how to modify or delete your account. Sections 2, 7 and 12-21, together with all other terms that reasonably may be interpreted as surviving, shall survive any termination of these Terms of Use.

## 16. Indemnity.

You agree to defend, indemnify and hold us, our subsidiaries, affiliates, suppliers, and licensors and each of our respective officers, agents, partners and employees (the "Fanatics Parties") harmless from any loss, liability, claim, or demand, including reasonable attorneys' fees, due to or arising out of (1) your use of the Properties in violation of these Terms of Use and/or arising from a breach of these Terms of Use (including, without limitation, any breach of your representations and warranties set forth herein) (2) any allegation that any content or other material you have submitted or transmitted to the Properties infringe, misappropriate or otherwise violate the copyright, trademark, trade secret or other rights of any party; (3) your violation of applicable law, and / or (4) your activities or omissions in connection with the Properties.

## 17. DISCLAIMER OF WARRANTIES.

YOUR USE OF THE PROPERTIES IS AT YOUR SOLE RISK. TO THE FULLEST EXTENT PERMITTED BY LAW, YOU ARE RESPONSIBLE FOR COMPLYING WITH THESE TERMS OF USE AND ALL APPLICABLE LAWS WITH RESPECT TO THE USE OF THE PROPERTIES. EXCEPT AS OTHERWISE EXPRESSLY PROVIDED IN THESE TERMS OF USE, THESE PROPERTIES, INCLUDING ALL INFORMATION AND CONTENT MADE AVAILABLE ON OR ACCESSED THROUGH THE PROPERTIES, ARE MADE AVAILABLE TO YOU "AS IS" WITHOUT WARRANTIES OR REPRESENTATIONS OF ANY KIND. FURTHER, TO THE FULLEST EXTENT PERMISSIBLE BY LAW, WE DISCLAIM ALL WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE OF THE PROPERTIES, THEIR CONTENTS AND THE PRODUCTS OR SERVICES LISTED OR PURCHASED THROUGH THE PROPERTIES. WE DO NOT WARRANT THAT THE FUNCTIONS CONTAINED IN THE PROPERTIES OR ANY MATERIALS OR CONTENT CONTAINED THEREIN WILL BE UNINTERRUPTED OR ERROR FREE, THAT DEFECTS WILL BE CORRECTED, OR THAT THE PROPERTIES OR THE SERVER THAT MAKES IT AVAILABLE IS FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. TO THE FULLEST EXTENT PERMITTED BY LAW, WE SHALL NOT BE LIABLE FOR THE USE OF THE PROPERTIES, INCLUDING, WITHOUT LIMITATION, THE CONTENT AND ANY ERRORS CONTAINED THEREIN. THIS DISCLAIMER CONSTITUTES AN ESSENTIAL PART OF THESE TERMS.

## 18. LIMITATION ON LIABILITY.

IN NO EVENT SHALL THE FANATICS PARTIES BE LIABLE TO YOU OR ANY THIRD PARTY FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL OR PUNITIVE DAMAGES, INCLUDING LOST PROFITS, LOSS OF GOODWILL, LOSS OF REPUTATION, COST OF COVER DAMAGES OR INTANGIBLE LOSSES OF ANY KIND ARISING FROM YOUR USE OF THE PROPERTIES, YOUR INABILITY TO USE THE PROPERTIES, OR THE PRODUCTS OR SERVICES AVAILABLE THROUGH THE PROPERTIES, EVEN IF THE FANATICS PARTIES HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. FURTHER, TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT WILL THE FANATICS PARTIES BE LIABLE

FOR ANY DIRECT DAMAGES EXCEEDING THE GREATER OF THE FEES YOU PAID TO US FOR PRODUCTS AND SERVICES THAT ARE THE SUBJECT OF THE CLAIM AT ISSUE IN THE TWELVE MONTHS PRECEEDING THE CLAIM OR TEN UNITED STATES DOLLARS.

## 19. Third Party Transactions.

Through your use of the Properties, you may have the opportunity to engage in commercial or other transactions with other users, vendors and other third parties. You acknowledge that all transactions relating to any merchandise or services offered by any third party, including but not limited to the purchase terms, payment terms, warranties, guarantees, maintenance and delivery terms relating to such transactions, are agreed to solely between the third party seller or purchaser of such merchandise and services and you, and that you will look solely to such third party to enforce any of your rights. In the event of any problem with the products or services that you have purchased from a third party you agree that you will address such issues with the third party but all limitations of liability and other rights of Fanatics shall apply nonetheless. We may not have the ability to accept returns or refund the purchase price for any transaction you complete with a third party through our Properties. ANY WARRANTY THAT IS PROVIDED IN CONNECTION WITH ANY PRODUCTS, SERVICES, MATERIALS OR INFORMATION AVAILABLE ON OR THROUGH THE PROPERTIES FROM A THIRD PARTY IS PROVIDED SOLELY BY SUCH THIRD PARTY AND NOT BY US.

## 20. U.S. Export Controls.

Software made available to you by the Properties (the "Software"), if any, is subject to U.S. export controls. No Software may be downloaded from the Properties or otherwise exported or re-exported in violation of U.S. export laws. Downloading or using the Software is at your sole risk.

## 21. Governing Law.

These Terms of Use and your use of the Properties will be governed by federal and Delaware law, regardless of the conflict of law provisions thereof and regardless of where you live or from where you access or use the Properties.

## 22. Arbitration; No Class Action.

**PLEASE READ THIS SECTION CAREFULLY. IT MAY SIGNIFICANTLY AFFECT YOUR LEGAL RIGHTS, INCLUDING YOUR RIGHT TO FILE A LAWSUIT IN COURT. Use or accessing the Properties or Offers constitutes your acceptance of this Arbitration provision.**

As a condition of using the Properties, you and we agree that any and all disputes, claims and causes of action (collectively, "Claims") arising out of or connected with the Properties (except for small claims court Claims, if applicable) shall be resolved exclusively by binding arbitration under the rules of the American Arbitration Association ("AAA"), including the Supplementary Procedures for Consumer-Related Disputes, for full and final settlement of such Claim applying the Federal Arbitration Act and other federal arbitration laws. YOU UNDERSTAND AND AGREE THAT YOU ARE WAIVING YOUR RIGHT TO SUE OR GO TO COURT TO ASSERT OR DEFEND YOUR RIGHTS UNDER THIS CONTRACT. YOU AND WE ALSO AGREE THAT (A) ANY CLAIMS WILL BE RESOLVED INDIVIDUALLY NOT AS A PLAINTIFF OR CLASS REPRESENTATIVE, MEMBER OF OTHERWISE ON BEHALF OF OTHERS IN ANY PURPOSED CLASS, COLLECTIVE, OR REPRESENTATIVE PROCEEDING AND NOT THROUGH ANY CLASS ACTION, (B) IF A CLAIM PROCEEDS IN COURT ANYWAY, WE BOTH WAIVE ANY RIGHT TO A JURY TRIAL; AND (C) EITHER YOU OR WE MAY SEEK A COURT INJUNCTION REGARDING INTELLECTUAL PROPERTY INFRINGEMENT. ARBITRATION DOES NOT INVOLVE A JUDGE OR JURY. Although court review of an arbitration award may be limited, an arbitrator is empowered to award the same damages and relief as a court, including injunctive relief or statutory damages. Notwithstanding the foregoing, either party may seek temporary or emergency equitable relief to enforce its rights in any court of competent jurisdiction.

You may seek arbitration of a Claim by contacting our registered agent at: Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301. The arbitration may be conducted via telephone, written submissions or in person in a mutually agreed location. Payment of all filing, administration, arbitrator and/or mediator fees ("Fees") will be governed by AAA's rules. The AAA's rules are available at: www.adr.org or call 800-778-7879 (toll-free) for instructions on how to obtain a copy. Unless the AAA arbitrator determines that your Claim was frivolous, we will (i) reimburse you for the Fees paid by you, and (ii) will not seek reimbursement from you for our attorneys' fees and costs associated with the arbitration. You and we further agree that an award and any judgment confirming it only applies to the arbitration in which it was awarded

and cannot be used in any other proceeding except to enforce the award itself and any post-arbitration action seeking to enforce an arbitration award or action seeking equitable or injunctive relief shall be brought exclusively in the courts of the State of Delaware, or the United States District Court for the District of Delaware. For any Claims that are not subject to arbitration, if any: (a) the exclusive jurisdiction and venue for proceedings involving Claims shall be the courts of competent jurisdiction sitting within the State of Delaware (the "Forum"), and the parties hereby waive any argument that any such court does not have personal jurisdiction or that the Forum is not appropriate or convenient; (b) you and we waive any and all rights to trial by jury with respect to any Claims.

## 23. Messaging Terms & Conditions.

If you choose to participate in our Messaging Program, by providing your mobile phone number and opting in, you agree to our Messaging Terms & Conditions found here.

## 24. Miscellaneous.

We may give you notice of certain events from time to time. You hereby acknowledge and consent that such notices will be effective upon our posting them on the Properties or (if we choose to do so in our sole discretion) delivering them to you through email if you have provided us with your accurate email address. Our failure to exercise or enforce any right or provision of these Terms of Use shall not operate as a waiver of such right or provision. The section titles in these Terms of Use are for convenience only and have no legal or contractual effect. These Terms of Use and your account on the Properties are personal to you and may not be transferred or assigned. Our performance under these Terms of Use is subject to existing laws and legal process, and nothing contained in these Terms of Use is in derogation of our right to comply with governmental, court and law enforcement requests or requirements relating to your use of the Properties or information provided to or gathered by us with respect to such use. If any part of these Terms of Use is deemed to be illegal, invalid, void or for any reason unenforceable, then the invalid or unenforceable provision will be deemed superseded by a valid, enforceable provision that most closely matches the intent of the original provision and the remainder of the Terms of Use shall be unaffected and shall continue to be fully valid, binding, and enforceable. These Terms of Use, together with any additional terms and conditions or policies referred to and incorporated herein (including the Privacy Policy and/or additional terms applicable to various parts of the Properties), constitute the entire understanding between you and us. For the avoidance of doubt, these Terms of Use apply solely to the extent permitted by law.

## 25. Contact Information.

Fanatics, Inc., 8100 Nations Way, Jacksonville, FL 32256.

**Customer Service**

Help
Track My Order
Shipping
Size Chart
Gift Cards
Zip

**Worry Free Shopping**

Promo Exclusions
Coupons & Promotions
Customer Testimonials
Satisfaction Guarantee
Safe Shopping
365-Day Returns
SHOPRUNNER

**Information**

About Us
Advertise With Us
Affiliate Program
Ambassador Program
FanCash Rewards
FanCash+
FanCash Rewards Card
Fanatics Live

**Get the App**

GET IT ON Google Play
Download on the App Store
Stay updated on sales, new items and more.

SIGN UP & SAVE!

**Follow Us**

Corporate Info

Careers

Volume Sales

All In Challenge

Privacy Policy | Do Not Sell My Personal Information | Terms of Use | Interest-Based Advertisement | CA Supply Chains Act/UK Modern Slavery Act | Site Map | Shopping Internationally? Visit fanatics.co.uk

© Fanatics, Inc., 2022. All Rights Reserved. No portion of this site may be reproduced or duplicated without the express permission of Fanatics, Inc.

# EXHIBIT 3

FanCash Learn More

Fanatics

OFFICIAL PARTNER NASCAR

SALE PLAYERS THROWBACK

Skip Navigation

# Welcome to the help center. How can we help you?

Enter your keyword here

Ask

Advanced Search

You are here: Home > Site Information > Terms and Conditions > Terms and Conditions

# Terms and Conditions

Terms of Use

These Terms of Use are effective as of, and were last updated on, September 4, 2018

**ACCESSIBILITY --** IF YOU ARE HAVING ANY TROUBLE ACCESSING THIS TERMS OF USE AGREEMENT OR THE PROPERTIES, PLEASE CONTACT FAN SERVICES TOLL FREE AT 1-877-833-7397, 24 HOURS A DAY, 7 DAYS A WEEK (OR 1-904-685-7583 OUTSIDE THE UNITED STATES) OR VIA OUR CONTACT US **PAGE**.

**NOTICE REGARDING DISPUTE RESOLUTION. *THESE TERMS CONTAIN TERMS THAT GOVERN HOW CLAIMS BETWEEN YOU AND US RELATING TO YOUR USE OF THE ONLINE STORE WILL BE RESOLVED* FOR EXAMPLE, SECTION 22 CONTAINS AN ARBITRATION AGREEMENT AND WAIVER OF CLASS ACTION WHICH STATES THAT WE MUST ARBITRATE INSTEAD OF GOING TO A COURT BEFORE A JUDGE AND JURY AND THAT ALL SUCH ARBITRATION CLAIMS MUST BE BROUGHT IN YOUR INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS REPRESENTATIVE OR MEMBER OR OTHERWISE ON BEHALF OF OTHERS IN ANY PURPORTED CLASS, COLLECTIVE OR REPRESENTATIVE PROCEEDING.**

**Warranty Disclaimers and liability limitations.** While there are significant points throughout these Terms, please note Section 17 and 18 contain important limitations on our liability.

Welcome to Fanatics. The following terms of use (the "Terms of Use") contain the terms and conditions applicable to you and your access to and use of this website, **www.fanatics.com**, including the mobile version (collectively, the "Website"), and our mobile application (the "App"), if applicable, in each case regardless of how accessed (collectively, the Website and the App are referred to as the "Properties"). The Properties are owned and operated by Fanatics, Inc., a Delaware corporation, and/or its affiliates ("Fanatics," "we", "us", "our"). Your use of the Properties (and any other feature, content or application offered by the Properties) is at all times subject to these Terms of Use, as the same may be modified by us, and all applicable laws, rules and regulations. Please read these Terms of Use carefully. If you are dissatisfied with these Terms of Use or the Properties or any material on the Properties, your sole and exclusive remedy is to discontinue using the Properties

**Table of Contents**


1. Acceptance of Terms of Use
2. Other Sources of Terms and Conditions; Promotions and Coupons
3. Use of the Properties
4. Unauthorized Use
5. Fan Cash
6. Links to Third Party Sites; Advertisers
7. Privacy Policy
8. Products, Content and Specifications
9. Placing an Order; Limitations; Order Acceptance
10. Property; Intellectual Property
11. User-Generated Content
12. Digital Millennium Copyright Act (DMCA) Notice
13. No Ideas Accepted

14. Termination of Access and/or Account
15. Term
16. Indemnity
17. DISCLAIMER OF WARRANTIES
18. LIMITATION ON LIABILITY
19. Third Party Transactions
20. U.S. Export Controls
21. Governing Law
22. Arbitration; No Class Action
23. Miscellaneous
24. Contact Information

1. **Acceptance of Terms of Use. BY ACCESSING AND USING THE PROPERTIES, YOU AGREE THAT YOU HAVE READ, UNDERSTAND AND AGREE TO BE LEGALLY BOUND BY THESE TERMS OF USE**. If you do not agree to be bound by these terms of use, you may not access or use the Properties. These Terms of Use may be changed, modified, or altered by us in our sole discretion at any time without prior notice. If we materially change the Terms of Use, we will notify you through a notice, updated Terms of Use on the Properties or by email (sent to the email address specified in your account, if any), prior to or upon the change(s) becoming effective. Accordingly, when you access or use the Properties, you should check the date of the Terms of Use and be aware of any changes since the last version. Your continued use of the Properties following the posting of any changes to these Terms of Use means that you accept such changes. Your access to and use of the Properties will be governed by the Terms of Use in effect at the time of such access or use.

2. **Other Sources of Terms and Conditions; Promotions and Coupons**. Certain provision of the Terms of Use may be superseded by expressly designated legal notices, rules or other terms located on particular pages of the Properties, and, additionally in order to participate in or use certain services, promotions, discounts or coupons that may be run from time to time with respect to the Properties ("Offer(s)"), you may be required to agree to additional or different terms and conditions ("Additional Terms"). Some Offers also may be subject to additional requirements or restrictions imposed by us or participating third parties, such as the vendors or other merchants that issued, sponsored, or are associated with the Offer or the exclusion of merchandise from an Offer which shall also be part of the Additional Terms. Certain merchandise, shipping methods, costs or membership programs, and/or delivery times may be modified or not available in connection with an Offer. Your redemption of the Offer or use of such pages constitutes your unconditional acceptance of the Additional Terms. If there is an actual conflict between these Terms of Use and any Additional Terms, the Additional Terms shall control and the non-conflicting provisions in these Terms of Use will continue to apply. For the sake of clarity, silence with respect to a particular term in either these Terms of Use or any Additional Terms does not constitute a conflict.

If an Offer does not contain Additional Terms, then only these Terms of Use apply. Under these Terms of Use, unless otherwise prohibited by law, any Offer: (a) is valid only at the Property identified in the Offer and at no other store; (b) applies to in-stock merchandise only and not to gift cards or services; (c) is not valid for cash or cash equivalents; (d) is limited to one Offer per person, household, or address; (e) must be entered at checkout and/or in your account to be redeemed; (f) may not be combined with any other coupons or offers; (g) may only be used once; (h) expires on the later of one year from the date of issue or the date required by applicable law, and (i) cannot be reproduced, modified, sold or traded or used to pay any tax, such as sales tax, shipping, handling or any value added service. In addition, some Offers may be in the form of a voucher. If you purchase a voucher with a promotional value beyond the amount paid, you may redeem the voucher for the promotional value until the expiration date, or for the amount paid after the end of the applicable promotional period. We reserve the right to limit, change, or cancel any Offer or associated order, without prior notice, even after you have attempted to redeem the Offer or placed your associated order.

3. **Use of the Properties**. The content and information posted by us on the Properties may be used only for informational, personal or other purposes authorized by us. By accessing and using the Properties, you represent and warrant that: (a) all information you submit is truthful and accurate; (b) you will maintain the accuracy of such information; (c) you are 18 years of age or older; and (d) your use of the Properties does not violate any applicable law, rule or regulation. While we sell merchandise for children's use, this merchandise is intended for sale only to adults. The Properties are general use sites and not targeted toward children under the age of 13. The Properties are intended for use by residents of the United States or non-residents that agree to use the Properties in accordance with U.S. laws, these Terms of Use and the **Privacy Policy**. If you are located in the European Economic Area ("EU"), please visit our site at **fanatics.co.uk**. By using the Properties, you further represent and warrant that you (i) are located inside the U.S. or (ii) are located outside the EU and agree to be bound by U.S. laws. Use of and access to the Properties is void where prohibited.

4. **Unauthorized Use**. You may not use the Properties for any unauthorized use or for any illegal or unlawful purpose. Any unauthorized use or violation of these Terms of Use may immediately and automatically terminate your right to use and access the Properties and may subject you to legal liability. Appropriate legal action may be taken for any illegal or unauthorized use of the Properties. We may remove any unauthorized content, links, etc. without notice. Some examples of unauthorized, illegal or unlawful use of the Properties include, but are not limited to:

- Copying, modifying, displaying, performing, distributing, republishing, or retransmitting any content or material (including, by way of example, images and text), in whole or in part, from/on the Properties without our prior written consent;
- Collecting usernames and/or email addresses of users for the purpose of sending unsolicited email;
- Using a framing or similar technique without our prior written permission;
- Creating or maintaining any link from another website to any page on the Properties without our prior written permission;
- Criminal or tortious activity, including fraud, spamming, spimming (spam by instant message), sending of viruses or other harmful files, copyright infringement, patent infringement, or theft of trade secrets;
- Covering or obscuring the banner advertisements on the Properties, if any, via HTML/CSS or any other means;
- Any automated use of any system, such as using scripts to alter content;

- Interfering with, disrupting, or burdening the Properties or the networks, systems or services connected to the Properties;
- Using any automated system or software to extract data from the Properties for commercial purposes (including "screen scraping");
- Attempting to impersonate another user or person at checkout or otherwise;
- Using the account, username, or password of another user or disclosing your password, as applicable, to any third party or permitting any third party to access your account;
- Displaying an advertisement, or accepting payment or anything of value from a third person in exchange for your performing any commercial activity on or through the Properties on behalf of that person, such as placing commercial content on the Properties;
- Using the Properties for any harassing, threatening, libelous, abusive, obscene or privacy-invading purposes;
- Attempting to include any of the following in merchandise that is offered for sale through the Properties and that permits user-added content (e.g., a personalized jersey): (i) images that contain obscene, profane, pornographic or otherwise objectionable content; (ii) images, names or likenesses owned by any third party without such third party's authorization; (iii) any images of a person who has current or remaining collegiate athletic eligibility; or (iv) any images that include the name, image, or likeness of any celebrity, public figure or individual who has not authorized the use of his or her name, image or likeness; or
- Using the Properties in a manner inconsistent with any applicable law, rule or regulation.

5. **FanCash**. FanCash is a loyalty discount redeemable only toward future purchases on the Properties or, at our discretion, certain other websites operated by us or one of our affiliates. No consideration is required from you to obtain FanCash but in order to obtain FanCash, you must create and maintain a customer account registered with a valid email address and check out while logged into that account on one of the websites, which is then offering FanCash. To earn and redeem FanCash you must create and maintain a customer account registered with a valid email address and check out while logged into that account on one of our websites which is then offering FanCash. If you check out as a guest, you will not earn or be able to redeem FanCash even if you have an account. Registered users logged into their accounts at checkout will automatically earn 3% FanCash on all eligible merchandise purchases and have any existing balance applied as a discount on their eligible merchandise purchase. All merchandise (including sale and promotional items) is eligible for earning FanCash, excluding gift cards. If you return merchandise for which you earned FanCash, that FanCash will be deducted from your FanCash balance. When you login to your account, you may view your FanCash balance (which will be applied automatically toward the next purchase) and you will also be able to see which websites are currently offering FanCash. Unless required by law, FanCash is not redeemable for cash, and cannot be transferred, sold or distributed to others and cannot be applied to shipping, expenses or sales taxes.You will receive periodic emails about your FanCash balances and program news or promotions. FanCash expires as follows: FanCash expires at 11:59 PM EST 12/31 of the year in which it was earned, unless otherwise specified at the time of earning. We reserve the right to discontinue FanCash or modify the terms applicable to FanCash at any time. FanCash is a registered trademark of Fanatics.

6. **Links to Third Party Sites; Advertisers**. The Properties may provide you with links or other access to other websites, services, products or content of third parties, including the Other Platforms, as defined in Section 10 below ("Third Party Sites"). We have no control over, and do not necessarily endorse, any Third Party Site's services, products or content. You acknowledge and agree that you access such Third Party Sites at your own risk and are wholly responsible for making your own independent judgment regarding your use or interaction with the same. We recommend that you read the terms of use and privacy policies of each Third-Party Site that you access.

7. **Privacy Policy**. You agree to our collection, use and sharing of your information, including personal information, as set forth in our Privacy Policy ("Privacy Policy"). All provisions of the Privacy Policy are incorporated by reference herein.

8. **Products, Content and Specifications**. The inclusion of any products or services on the Properties does not imply or warrant that these products or services will be available at any particular time or that the listed attributes are accurate or complete. The actual color of products you see will depend in part on your computer system, and we cannot guarantee any color or texture or detail of actual products will be accurate. We do not endorse and have not verified the accuracy or reliability of any opinion or statement made on the Properties by any third party, including but not limited to customers, manufacturers, distributors or suppliers of products and services sold through the Properties, and product packaging and material may contain additional or different information. Always read labels, warnings, directions or other materials provided with the product before using. In addition, we may make changes to information about price, availability or other product attributes without notice. In the event a product is listed at an incorrect price due to typographical error or error in pricing or other information, we will have the right to cancel orders of any such product, whether or not the order has been confirmed and/or your credit card or other payment method has been charged. If your credit card has already been charged for the purchase and your order is cancelled, we will refund any such charges within a commercially reasonable period of time after cancellation (the time it takes for your financial institution to process the refund may vary and is governed by your agreement with them).

9. **Placing an Order; Limitations; Order Acceptance**. By placing an order, you agree that the products ordered are legal to possess and use where you intend to possess and use them and will be possessed or used only in a lawful manner, in accordance with all applicable laws, rules and regulations, including copyright law and that you have the right to use any payment method that you provide to use. You may not order products with the intent to resell them.

We reserve the right, without prior notice, to limit the order quantity on any product or service, to refuse service to any customer, or to cancel any order, for any reason including after it is submitted. We also may require additional verifications or other information prior to the acceptance and/or shipment of any order. Your receipt of an order confirmation from us does not signify our acceptance of your order, nor does it constitute confirmation of our offer to sell. We accept your order only upon shipment of the product. With respect to the shipment of products and services sold through the Properties, risk of loss and title for items purchased from the Properties pass to you upon delivery of the items to the carrier. You are responsible for filing any claims with carriers for damaged and/or lost shipments. It also is your responsibility to ascertain and obey all applicable local, state, federal and international laws (including minimum age requirements) in regard to the possession or use of any item purchased from the Properties.

10. **Property; Intellectual Property**. All content of the Properties (including, without limitation, text, graphics, icons, images, clips and software) is protected by copyright, trademark, and other laws. Names, logos, taglines, icons and marks on the Properties are the exclusive property of Fanatics, Inc. and/or one of its affiliates, all rights reserved, and may not be used by you without our prior written permission. Unless otherwise indicated, all other intellectual property appearing on the Properties is the property of its respective owner. We reserve all rights not expressly granted in and to the Properties' content and services.

11. **User-Generated Content**. Users may be able to post content in certain areas on the Properties or on other websites or platforms that we own or operate, including on social media platforms such as Facebook, Instagram, Twitter and Pinterest ("Other Platforms"). You are solely responsible for any content (including, without limitation, photos, artwork, videos, text, graphics, and other information) you upload, post, display or otherwise provide to us through the Properties or Other Platforms ("User Content"). Any User Content you post or provide, including any questions, reviews, comments and suggestions, will be treated as non-confidential and non-proprietary. By sharing User Content with us, you grant us a worldwide, royalty-free, perpetual, irrevocable and transferable right to use, copy, reproduce, perform, distribute, display, publish, sell, and create derivative works of, the User Content, and to grant and authorize sub-licensees of the foregoing. Additionally, we shall be free to use any ideas, concepts, know-how or techniques contained in such User Content for any purpose whatsoever, including, without limitation, developing, manufacturing and marketing products and services which incorporate such User Content. You further agree that this means that any User Content may appear on sites other than the Property through which you submitted your User Content including but not limited to Other Platforms. You represent and warrant that: (a) you own the User Content posted by you on the Properties or otherwise have the right to grant the license set forth in this Section 10; (b) your User Content does not violate the privacy rights, publicity rights, intellectual property rights, or any other rights of any person or entity; and (c) the posting of User Content on the Properties does not result in a breach of any contract between you and a third party. You agree that you will not use a false or misleading email address, impersonate another person or entity or otherwise mislead with respect to any User Content. You agree to pay for all royalties, fees and other monies owing to any person by reason of any User Content you post on the Properties. We are under no obligation to screen or monitor User Content but may review User Content from time to time at our sole discretion to review compliance with these Terms of Use. We may reject, refuse to post, edit or remove any User Content at any time without notice, for any or no reason.

12. **Digital Millennium Copyright Act (DMCA) Notice.** Materials (including User Content) may be made available via the Properties by users and other third parties not within our control. We are under no obligation to, and do not, scan content posted on the Properties for the inclusion of illegal or impermissible content. However, we respect the copyright interests of others. It is our policy not to permit materials known by us to infringe another party's copyright to remain on the Properties.

If you believe any materials on the Properties infringe a copyright, you should provide us with written notice that at a minimum contains:

- A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;
- Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online website are covered by a single notification, a representative list of such works at that website;
- Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit us to locate the material;
- Information reasonably sufficient to permit us to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted;
- A statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

All DMCA notices should be sent to our designated agent as follows:

Fanatics Retail Group
8100 Nations Way
Jacksonville, FL 32256
Attn: Paralegal, Legal Department
OR
**dmcalegal@fanaticsretailgroup.com** with the subject line DMCA

13. **No Ideas Accepted**. We do not accept any unsolicited ideas to this Website from outside Fanatics including without limitation suggestions about advertising or promotions, or merchandising of any products, additions to our services, or changes in methods of doing business. We may already be working on or may in the future work on a similar idea. If, notwithstanding this policy, you submit an unsolicited idea to this Website, you understand and acknowledge that such idea is not submitted in confidence and we assume no obligation, expressed or implied, by considering it. You hereby grant us an irrevocable, perpetual, world-wide license to use the idea and any associated intellectual property in any manner, in any medium now known or hereafter developed, without compensation to you.

14. **Termination of Access and/or Account**. YOUR USE OF THE PROPERTIES IS AT YOUR SOLE RISK. YOU ARE RESPONSIBLE FOR COMPLYING WITH THESE TERMS OF USE AND ALL APPLICABLE LAWS WITH RESPECT TO THE USE OF THE PROPERTIES. EXCEPT AS OTHERWISE EXPRESSLY PROVIDED, THESE PROPERTIES ARE MADE AVAILABLE TO YOU "AS IS" WITHOUT WARRANTIES OR REPRESENTATIONS OF ANY KIND. WE DISCLAIM ALL WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE OF THE PROPERTIES, THEIR CONTENTS AND THE PRODUCTS OR SERVICES LISTED OR PURCHASED THROUGH THE PROPERTIES. THIS DISCLAIMER CONSTITUTES AN ESSENTIAL PART OF THESE TERMS.

15. **Term.** These Terms of Use shall remain in full force and effect while you use or access the Properties or have an account with the Properties. See our **Privacy Policy** for instructions on how to modify or delete your account. Sections 2, 7 and 12-21, together with all other terms that reasonably may be interpreted as surviving, shall survive any termination of these Terms of Use.

16. **Indemnity**. You agree to defend, indemnify and hold us, our subsidiaries, affiliates, suppliers, and licensors and each of our respective officers, agents, partners and employees (the "Fanatics Parties") harmless from any loss, liability, claim, or demand, including reasonable attorneys' fees, due to or arising out of (1) your use of the Properties in violation of these Terms of Use and/or arising from a breach of these Terms of Use (including, without limitation, any breach of your representations and warranties set forth herein) (2) any allegation that any content or other material you have submitted or transmitted to the Properties infringe, misappropriate or

otherwise violate the copyright, trademark, trade secret or other rights of any party; (3) your violation of applicable law; and / or (4) your activities or omissions in connection with the Properties.

17. **DISCLAIMER OF WARRANTIES.** YOUR USE OF THE PROPERTIES IS AT YOUR SOLE RISK. TO THE FULLEST EXTENT PERMITTED BY LAW, YOU ARE RESPONSIBLE FOR COMPLYING WITH THESE TERMS OF USE AND ALL APPLICABLE LAWS WITH RESPECT TO THE USE OF THE PROPERTIES. EXCEPT AS OTHERWISE EXPRESSLY PROVIDED IN THESE TERMS OF USE, THESE PROPERTIES, INCLUDING ALL INFORMATION AND CONTENT MADE AVAILABLE ON OR ACCESSED THROUGH THE PROPERTIES, ARE MADE AVAILABLE TO YOU "AS IS" WITHOUT WARRANTIES OR REPRESENTATIONS OF ANY KIND. FURTHER, TO THE FULLEST EXTENT PERMISSIBLE BY LAW, WE DISCLAIM ALL WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE OF THE PROPERTIES, THEIR CONTENTS AND THE PRODUCTS OR SERVICES LISTED OR PURCHASED THROUGH THE PROPERTIES. WE DO NOT WARRANT THAT THE FUNCTIONS CONTAINED IN THE PROPERTIES OR ANY MATERIALS OR CONTENT CONTAINED THEREIN WILL BE UNINTERRUPTED OR ERROR FREE, THAT DEFECTS WILL BE CORRECTED, OR THAT THE PROPERTIES OR THE SERVER THAT MAKES IT AVAILABLE IS FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. TO THE FULLEST EXTENT PERMITTED BY LAW, WE SHALL NOT BE LIABLE FOR THE USE OF THE PROPERTIES, INCLUDING, WITHOUT LIMITATION, THE CONTENT AND ANY ERRORS CONTAINED THEREIN. THIS DISCLAIMER CONSTITUTES AN ESSENTIAL PART OF THESE TERMS.

18. **LIMITATION ON LIABILITY.** IN NO EVENT SHALL THE FANATICS PARTIES BE LIABLE TO YOU OR ANY THIRD PARTY FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL OR PUNITIVE DAMAGES, INCLUDING LOST PROFITS, LOSS OF GOODWILL, LOSS OF REPUTATION, COST OF COVER DAMAGES OR INTANGIBLE LOSSES OF ANY KIND ARISING FROM YOUR USE OF THE PROPERTIES, YOUR INABILITY TO USE THE PROPERTIES, OR THE PRODUCTS OR SERVICES AVAILABLE THROUGH THE PROPERTIES, EVEN IF THE FANATICS PARTIES HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. FURTHER, TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT WILL THE FANATICS PARTIES BE LIABLE FOR ANY DIRECT DAMAGES EXCEEDING THE GREATER OF THE FEES YOU PAID TO US FOR PRODUCTS AND SERVICES IN THE TWELVE MONTHS PRECEEDING THE CLAIM OR ONE HUNDRED UNITED STATES DOLLARS.

19. **Third Party Transactions**. Through your use of the Properties, you may have the opportunity to engage in commercial or other transactions with other users, vendors and other third parties. You acknowledge that all transactions relating to any merchandise or services offered by any third party, including but not limited to the purchase terms, payment terms, warranties, guarantees, maintenance and delivery terms relating to such transactions, are agreed to solely between the third party seller or purchaser of such merchandise and services and you, and that you will look solely to such third party to enforce any of your rights. In the event of any problem with the products or services that you have purchased from a third party you agree that you will address such issues with the third party. We may not have the ability to accept returns or refund the purchase price for any transaction you complete with a third party through our Properties. ANY WARRANTY THAT IS PROVIDED IN CONNECTION WITH ANY PRODUCTS, SERVICES, MATERIALS OR INFORMATION AVAILABLE ON OR THROUGH THE PROPERTIES FROM A THIRD PARTY IS PROVIDED SOLELY BY SUCH THIRD PARTY AND NOT BY US

20. **U.S. Export Controls.** Software made available to you by the Properties (the "Software"), if any, is subject to U.S. export controls. No Software may be downloaded from the Properties or otherwise exported or re-exported in violation of U.S. export laws. Downloading or using the Software is at your sole risk.

21. **Governing Law.** These Terms of Use and your use of the Properties will be governed by federal and Delaware law, regardless of the conflict of law provisions thereof and regardless of where you live or from where you access or use the Properties.

22. **Arbitration; No Class Action. PLEASE READ THIS SECTION CAREFULLY. IT MAY SIGNIFICANTLY AFFECT YOUR LEGAL RIGHTS, INCLUDING YOUR RIGHT TO FILE A LAWSUIT IN COURT. Use or accessing the Properties or Offers constitutes your acceptance of this Arbitration provision.**

As a condition of using the Properties, you and we agree that any and all disputes, claims and causes of action (collectively, "Claims") arising out of or connected with the Properties (except for small claims court Claims, if applicable) shall be resolved exclusively by binding arbitration under the rules of the American Arbitration Association ("AAA"), including the Supplementary Procedures for Consumer-Related Disputes, for full and final settlement of such Claim applying the Federal Arbitration Act and other federal arbitration laws. YOU UNDERSTAND AND AGREE THAT YOU ARE WAIVING YOUR RIGHT TO SUE OR GO TO COURT TO ASSERT OR DEFEND YOUR RIGHTS UNDER THIS CONTRACT. YOU AND WE ALSO AGREE THAT (A) ANY CLAIMS WILL BE RESOLVED INDIVIDUALLY NOT AS A PLAINTIFF OR CLASS REPRESENTATIVE, MEMBER OF OTHERWISE ON BEHALF OF OTHERS IN ANY PURPOSED CLASS, COLLECTIVE, OR REPRESENTATIVE PROCEEDING AND NOT THROUGH ANY CLASS ACTION, (B) IF A CLAIM PROCEEDS IN COURT ANYWAY, WE BOTH WAIVE ANY RIGHT TO A JURY TRIAL; AND (C) EITHER YOU OR WE MAY SEEK A COURT INJUNCTION REGARDING INTELLECTUAL PROPERTY INFRINGEMENT. ARBITRATION DOES NOT INVOLVE A JUDGE OR JURY. Although court review of an arbitration award may be limited, an arbitrator is empowered to award the same damages and relief as a court, including injunctive relief or statutory damages. Notwithstanding the foregoing, either party may seek temporary or emergency equitable relief to enforce its rights in any court of competent jurisdiction.

You may seek arbitration of a Claim by contacting our registered agent at: Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301. The arbitration may be conducted via telephone, written submissions or in person in a mutually agreed location. Payment of all filing, administration, arbitrator and/or mediator fees ("Fees") will be governed by AAA's rules. The AAA's rules are available at: **www.adr.org** or call 800-778-7879 (toll-free) for instructions on how to obtain a copy. Unless the AAA arbitrator determines that your Claim was frivolous, we will (i) reimburse you for the Fees paid by you, and (ii) will not seek reimbursement from you for our attorneys' fees and costs associated with the arbitration. You and we further agree that an award and any judgment confirming it only applies to the arbitration in which it was awarded and cannot be used in any other proceeding except to enforce the award itself and any post-arbitration action seeking to enforce an arbitration award or action seeking equitable or injunctive relief shall be brought exclusively in the courts of the State of Delaware, or the United States District Court for the District of Delaware. For any Claims that are not subject to arbitration, if any: (a) the exclusive jurisdiction and venue for proceedings involving Claims shall be the courts of competent jurisdiction sitting within the State of Delaware (the "Forum"), and the parties hereby waive any argument that any such court does not have personal jurisdiction or that the Forum is not appropriate or convenient; (b) you and we waive any and all rights to trial by jury with respect to any Claims.

23. **Miscellaneous.** We may give you notice of certain events from time to time. You hereby acknowledge and consent that such notices will be effective upon our posting them on the Properties or (if we choose to do so in our sole discretion) delivering them to you through email if you have provided us with your accurate email address. Our failure to exercise or enforce any right or provision of these Terms of Use shall not operate as a waiver of such right or provision. The section titles in these Terms of Use are for convenience only and have no legal or contractual effect. These Terms of Use and your account on the Properties are personal to you and may not be transferred or assigned. Our performance under these Terms of Use is subject to existing laws and legal process, and nothing contained in these Terms of Use is in derogation of our right to comply with governmental, court and law enforcement requests or requirements relating to your use of the Properties or information

Case 1:22-cv-01085-JLT-SAB Document 11-1 Filed 09/29/22 Page 31 of 32

provided to or gathered by us with respect to such use. If any part of these Terms of Use is deemed to be illegal, invalid, void or for any reason unenforceable, then the invalid or unenforceable provision will be deemed superseded by a valid, enforceable provision that most closely matches the intent of the original provision and the remainder of the Terms of Use shall be unaffected and shall continue to be fully valid, binding, and enforceable. These Terms of Use, together with any additional terms and conditions or policies referred to and incorporated herein (including the Privacy Policy and/or additional terms applicable to various parts of the Properties), constitute the entire understanding between you and us. For the avoidance of doubt, these Terms of Use apply solely to the extent permitted by law.

24. **Contact Information**. Fanatics, Inc., 8100 Nations Way, Jacksonville, FL 32256.

Rate this answer for helpfulness by selecting between 1 (low) and 5 (high) stars

## Answers others found helpful

- What is your return policy?
- What is your privacy policy?
- How can I contact Customer Service?
- International Shipping & Handling
- Where's My Order?

Share
Print
Email this page

### Featured How To Videos

x

x

### Recommended Answers

- All In Challenge FAQs
- What is your return policy?
- What is your privacy policy?
- How do I Cancel or Change my order?
- Where's My Order?

**Bad Response**

The proxy did not receive a valid response in time.

Case 1:22-cv-01085-JLT-SAB Document 11-1 Filed 09/29/22 Page 32 of 32

**URL:**

Failure Description:

Please call Technology Support (+1.213.891.7189) for assistance
View the Acceptable Use Policy (AUP)

*generated at 2022-04-01 20:04:15 by lvdmwg2 (10.20.243.6*
*Client IP Address: 10.20.63.1*
*Rule Name: Allow URLs That Match in URL Allowlist (L&W - URL Filtering by Categor*