# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE CAVANAUGH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FANATICS, LLC,<br><br>　　　　Defendant. | Case No.  1:22-cv-01085-JLT-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO STAY DEADLINE FOR DEFENDANT'S RESPONSE TO FIRST AMENDED COMPLAINT AND VACATING SCHEDULING CONFERENCE<br><br>(ECF No. 12) |

　　　　Plaintiff filed this putative class action in the Superior Court of California for the County of Fresno on May 6, 2022.  (ECF No. 1-3.)  A first amended complaint was filed in the state court on June 20, 2022.  (ECF No. 1-1.)  On August 25, 2022, Defendant removed the action to federal court.  (ECF No. 1.)  The initial scheduling conference is currently set for November 1, 2022.  (See ECF No. 2.)

　　　　On September 29, 2022, Defendant filed a motion to compel arbitration and stay action. (ECF No. 11.)  Concurrently, the parties filed a stipulation requesting an order staying the deadline for Defendant's response to the first amended complaint.  (ECF No. 12.)  The parties seek to stay the deadline for Defendant to respond to the first amended complaint until twenty-one days after the Court enters an order on Defendant's pending motion to compel arbitration. The parties proffer the stay does not prejudice either party but will promote the efficient administration of the action.  The parties further purport to reserve all claims, rights, and

defenses. The Court finds good cause exists to grant the stipulated request relief.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated request to exend the deadline for Defendant to respond to the first amended complaint until after the Court issues an order on Defendant's pending motion to compel arbitration (ECF No. 12) is GRANTED;

2. Defendant shall file a response to the first amended complaint no later than **twenty-one (21) days** after the Court issues a ruling on the pending motion to compel arbitration, if such response is required following that order;

3. The parties reserve all claims, rights, and defenses; and

4. The scheduling conference currently set for November 1, 2022, is hereby VACATED, and shall be reset, as necessary, following resolution of the pending motion to compel arbitration.

IT IS SO ORDERED.

Dated: **September 30, 2022**

UNITED STATES MAGISTRATE JUDGE