# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE CAVANAUGH,<br><br>             Plaintiff,<br><br>       v.<br><br>FANATICS, LLC,<br><br>             Defendant. | Case No. 1:22-cv-01085-JLT-SAB<br><br>ORDER GRANTING EDWIN ELLIOTT'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 16) |

The Court has read and considered the application of Edwin Elliott, attorney for Plaintiff Jake Cavanaugh, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 16.)  Having reviewed the application, Edwin Elliott's application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **October 11, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

1