# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE CAVANAUGH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FANATICS, LLC,<br><br>　　　　Defendant. | Case No.  1:22-cv-01085-JLT-SAB<br><br>ORDER GRANTING STIPULATION TO AMEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO COMPEL ARBITRATION<br><br>(ECF No. 15) |

Defendant filed a motion to compel arbitration on September 29, 2022.  (ECF No. 10.) the opposition is currently due on October 13, 2022.  No hearing date is set, as the motion will be decided on the papers.  (See ECF No. 14.)  On October 7, 2022, the parties filed a stipulated request to extend the briefing schedule.  (ECF No. 15.)  The parties proffer they have met and conferred and seek to grant each other additional time for the opposition and reply briefs.  This is the first request to modify the briefing schedule.  The Court finds good cause exists to grant Plaintiffs' motion.

///

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that the stipulated request to extend the briefing deadlines (ECF No. 15) is GRANTED as follows:

1. Plaintiff shall have until November 3, 2022, to file his opposition to the motion to compel arbitration; and

2. Defendant shall have until November 21, 2022, to file its reply to the motion.

IT IS SO ORDERED.

Dated:   **October 11, 2022**

UNITED STATES MAGISTRATE JUDGE