Robert J. Herrington (SBN CA 234417)
herringtonr@gtlaw.com
Adil M. Khan (SBN CA 254039)
khanad@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
Attorneys for Defendant, Fanatics, LLC


Jeffrey D. Kaliel (SBN 238293)
jkaliel@kalielpllc.com
KALIELGOLD PLLC
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Tel: (202) 350-4783
Attorneys for Plaintiff Jake Cavanaugh

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| JAKE CAVANAUGH, on behalf of himself and all others similarly situated, | CASE NO. 1:22-cv-01085-JLT-SAB |
|---|---|
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| FANATICS, LLC, | |
| Defendant. | |

ACTIVE 702138944v2

The Court's order compelling Plaintiff's claims to arbitration and staying the case requires a joint report on status. (Dkt. 25.) Plaintiff has not yet commenced arbitration. The parties, however, have mediated and are engaged in ongoing discussions. The parties will report back on status in another 90 days as required.

DATED: September 23, 2024     GREENBERG TRAURIG, LLP


By  /s/ *Adil M. Khan*
Robert J. Herrington
Adil M. Khan
Attorneys for Defendant Fanatics, LLC

DATED: September 23, 2024     KALIELGOLD PLLC


By  /s/ *Jeffrey D. Kaliel*
Jeffrey D. Kaliel
Attorneys for Plaintiff Jake Cavanaugh

ACTIVE 702138944v2