# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE CAVANAUGH, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>FANATICS, LLC,<br><br>Defendant. | Case No. 1:22-cv-01085-JLT-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL<br><br>(ECF No. 32) |

On July 30, 2025, the parties filed a stipulation dismissing this action without prejudice as to the claims of Plaintiff against Defendant and without prejudice to the potential claims of any absent, putative class members. (ECF No. 32.) In light of the stipulation, this entire action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed pursuant to the terms of the stipulation.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **July 31, 2025**

STANLEY A. BOONE
United States Magistrate Judge